No. 72–5550. WRENN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5930. DINNELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6014. TODD v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6029. FIELDS v. HUTTO, CORRECTIONS COMMISSIONER. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–912. DELLINGER ET AL. v. UNITED STATES. C. A. 7th Cir. Motion of Yetta Machtinger et al. to dispense with printing *amici curiae* brief granted. Motion of petitioners to dispense with printing granted. Certiorari denied.

No. 72–5600. CASIAS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Petition for writ of certiorari denied as untimely filed. 28 U. S. C. § 2101 (c).

No. 71–1119. INDIANA EMPLOYMENT SECURITY DIVISION ET AL. v. BURNEY, 409 U. S. 540;
No. 72–737. WEISS v. WALSH ET AL., 409 U. S. 1129; and
No. 72–5622. NICHOLS v. UNITED STATES, *ante,* p. 911. Petitions for rehearing denied.

No. 72–250. GOLDSBERRY ET AL. v. HIEBER, JUDGE, 409 U. S. 1117. Petition for rehearing and other relief denied.